## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-15338-ELF

DEANNA MANO

2738 S. MARVINE STREET

PHILADELPHIA, PA 19148-

    Debtor

### **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DEANNA MANO

    2738 S. MARVINE STREET

    PHILADELPHIA, PA 19148-

Counsel for debtor(s), by electronic notice only.

    MITCHELL LEE CHAMBERS, ESQ.
    602 LITTLE GLOUCESTER RD.
    SUITE 5
    BLACKWOOD, NJ 08012-

                                              /S/ William C. Miller

Date: 10/21/2016                                          _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee