United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15338-elf
Deanna Mano                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1                 Date Rcvd: May 24, 2017
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
13608506        CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Deanna  Mano ecfbc@comcast.net
              ROBERT P. JOHNS    on behalf of Creditor    Univest Bank & Trust Co. RJohns@klehr.com,
               Nharrison@klehr.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com,
               nharrison@klehr.com
                                                                                               TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15338-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Deanna Mano
2738 S. Marvine Street
Philadelphia PA 19148

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/23/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 | Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/26/17

Tim McGrath
**CLERK OF THE COURT**