IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Deanna Mano a/k/a Deanna De Clerico Mano,<br>    Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>15-15338/ELF |
| Specialized Loan Servicing, LLC,<br>    Movant,<br>v.<br>Deanna Mano a/k/a Deanna De Clerico Mano,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __8th__ day of __November__, 2019, upon certification of default under the terms of the parties' prior Stipulation, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 2738 S. Marvine Street, Philadelphia, PA 19148; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**