United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deanna Mano  
    Debtor

Case No. 15-15338-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 12, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db           +Deanna Mano,    2738 S. Marvine Street,    Philadelphia, PA 19148-4919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

         DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC jill@pkallc.com,  
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,  
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com  
         MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Deanna Mano ecfbc@comcast.net, paecfbc@gmail.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         ROBERT P. JOHNS    on behalf of Creditor    Univest Bank & Trust Co. RJohns@klehr.com, Nharrison@klehr.com  
         THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM R. HINCHMAN    on behalf of Creditor    Univest Bank & Trust Co. whinchman@klehr.com, nharrison@klehr.com

                                                    TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Deanna Mano a/k/a Deanna De Clerico Mano,<br>  Debtor. | CHAPTER 13 |
| | BANKRUPTCY CASE NUMBER<br>15-15338/ELF |
| Specialized Loan Servicing, LLC,<br>  Movant, | |
| v. | 11 U.S.C. § 362 |
| Deanna Mano a/k/a Deanna De Clerico Mano,<br>  Debtor, | |
| William C. Miller, Trustee,<br>  Additional Respondent. | |

**O R D E R**

AND NOW, this __8th__ day of __November__, 2019, upon certification of default under the terms of the parties' prior Stipulation, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 2738 S. Marvine Street, Philadelphia, PA 19148; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**