Certificate Number: 15111-PAE-DE-034785294

Bankruptcy Case Number: 15-15338



15111-PAE-DE-034785294

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2020, at 11:55 o'clock PM EDT, Deanna DeClerico Mano completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 18, 2020

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education