United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 15-15338-elf

Deanna Mano  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3

Date Rcvd: Dec 16, 2020      Form ID: 138NEW      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna Mano, 2738 S. Marvine Street, Philadelphia, PA 19148-4919 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 13570774 | + | American Express, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 13570775 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 13570783 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Childrens Place/Citicorp Credit Services, Attn: Citicorp Credit Services, Po Box 20507, Kansas City, MO 64195 |
| 13570779 | + | Capital One, 701 East 60th Street, Sioux Falls, SD 57104-0432 |
| 13570780 | + | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 13570786 | + | CitiMortgage, Inc., P.O. BOX 6243, Sioux Falls, SD 57117-6243 |
| 13570784 | + | Citibank, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13570791 | + | DOMINIC MANO, 2738 S. MARVINE STREET, Philadelphia, PA 19148-4919 |
| 13570797 | + | KLEHR, HARRISON, HARVEY, BRANZBURG, LLP, 1835 MARKET STREET, SUITE 1400, Philadelphia, PA 19103-2945 |
| 13664110 | + | Law Offices of Mitchell Lee Chambers, 602 Little Gloucester Road, Suite 5, Blackwood, NJ 08012-5213 |
| 13922828 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13794257 | + | Nationstar Mortgage, Attn: Payment Processing, 1010 W. Mockingbird Suite 100, Dallas, TX 75247-5126 |
| 13590876 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14038012 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14411969 | + | Specialized Loan Servicing, LLC, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13632947 | | State Farm Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13570804 | + | UNIVEST BANK, 14 N. MAIN STREET, Souderton, PA 18964-1742 |
| 13632259 | + | Univest Bank & Trust Co., 14 N. Main Street, Souderton, PA 18964-1713 |
| 13570805 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 13622513 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13654672 | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13570778 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 17 2020 03:39:01 | Capital One, 26525 N Riverwoods Blvd, Mettawa, |

Case 15-15338-elf   Doc 98   Filed 12/18/20   Entered 12/19/20 01:08:00   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 44 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | IL 60045-3438 |
| 13570788 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2020 03:51:00 | Comenity Bank/Mandees, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13570787 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2020 03:51:00 | Comenity Bank/mandee, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 13570789 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2020 03:51:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 13576574 | | Email/Text: mrdiscen@discover.com | Dec 17 2020 03:51:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13570790 | + | Email/Text: mrdiscen@discover.com | Dec 17 2020 03:51:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 13570792 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 17 2020 03:51:00 | Fashion Bug/soanb, Po Box 84073, Columbus, GA 31908-4073 |
| 13570794 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:33:49 | GECRB/ Old Navy, Attention: GEMB, Po Box 103104, Roswell, GA 30076-9104 |
| 13570795 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:33:49 | GECRB/JC Penny, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13570796 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2020 03:51:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 13570781 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 17 2020 03:33:52 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13570782 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 17 2020 03:33:52 | Chase-pier1, Chase Card Svcs/Attn:Bankruptcy Dept, Po Box 15298, Wilmington, DE 19850 |
| 13570798 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2020 03:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13570799 | + | Email/Text: bnc@nordstrom.com | Dec 17 2020 03:51:36 | Nordstrom FSB, Attention: Account Services, Po Box 6566, Englewood, CO 80155-6566 |
| 13604637 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 13570800 | | Email/PDF: cbp@onemainfinancial.com | Dec 17 2020 03:38:53 | Springleaf Financial Services, Attention: Bankruptcy Department, Po Box 3251, Evansville, IN 47731 |
| 13570801 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Dec 17 2020 03:51:00 | State Farm Financial S, Po Box 2328, Bloomington, IL 61702-2328 |
| 13570802 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 17 2020 03:44:18 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 13570776 | | Bk Of Amer |
| 13570777 | | Cap1/bstby |
| 13570803 | | United Sv Bk |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13570793 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Fia Csna, Po Box 982235, El Paso, TX 79998 |
| 13570785 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20363, Kansas City, MO 64195 |
| 14412246 | *+ | Specialized Loan Servicing, LLC, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

13608506        ##        CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor NATIONSTAR MORTGAGE  LLC bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor CITIMORTGAGE  INC. bankruptcy@powerskirn.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NATIONSTAR MORTGAGE LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Deanna Mano ecfbc@comcast.net  paecfbc@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| ROBERT P. JOHNS | on behalf of Creditor Univest Bank & Trust Co. RJohns@klehr.com  afoody@klehr.com |
| THOMAS I. PULEO | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM R. HINCHMAN | on behalf of Creditor Univest Bank & Trust Co. whinchman@klehr.com  nsulpizio@klehr.com |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Deanna Mano
      Debtor(s)                                      Bankruptcy No: 15−15338−elf
                                                                        Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                          Suite 400
                     Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                           Timothy B. McGrath
                                                               Clerk of Court

Dated: 12/16/20

                                                                                                                     97 − 96
                                                                                         Form 138_new